UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PAUL PALMIERI,

                Plaintiff,

  -against-

TOWN OF BABYLON, THE TOWN BOARD
OF BABYLON, RICHARD SCHAFFER,
FRANCINE BROWN, STEVE BELLONE,
ELLEN McVEETY, and WAYNE HORSLEY
individually and in the capacity of each as a
Member of the Town Board of Babylon, Town
of Babylon Inspector NORMA VARLEY
individually and in her capacity as Town
Inspector, Town of Babylon Employees,
DEBRA HEINZ, MARYANN LEARY and
LYNN BIZARRO, individually and in the
capacity of each as Town Employee, PETER
CASSERLY, individually and in his capacity
as Commissioner of Planning and
Development, CAMILLE LUCARINI,
individually and in her capacity as Zoning
Inspector for the TOWN OF BABYLON,
LORI FORTE, individually and in her
capacity as Zoning Inspector for the
TOWN OF BABYLON, DOROTHY
NEWMAN, individually and in her capacity
as Zoning Inspector for the TOWN OF
BABYLON, FRANK J. ALBERTI, ESQ.,
individually and in his capacity as attorney
for the TOWN OF BABYLON, DENNIS H.
COHEN, ESQ., individually and in his
capacity as attorney for the TOWN OF
BABYLON, and any other unknown
agents, assigns and/or employees of the
TOWN OF BABYLON, individually
and in the capacity of each as Town
employee,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
01-CV- 1399 (SJ)
02-CV- 6075 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 2 2 2006 ★

TIME A.M. _____ P.M. _____

      An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on March 15, 2006, dismissing the complaint, without prejudice, as to the Town Board of Babylon, Francine Brown, Steve Bellone, Ellen McVeety, Wayne Horsley,

JUDGMENT
01-CV- 1399 (SJ)

Norma Varley, Deborah Heinz, Maryann Leary, Lynn Bizzarro, Peter Casserly, Camille Lucarini, Lori Forte, Dorothy Newman, Frank J. Alberti, Esq., and Dennis Cohen, Esq.;

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the complaint is dismissed, without prejudice, as to the Town Board of Babylon, Francine Brown, Steve Bellone, Ellen McVeety, Wayne Horsley, Norma Varley, Debrah Heinz, Maryann Leary, Lynn Bizzaro, Peter Casserly, Camille Lucarini, Lori Forte, Dorothy Newman, Frank J. Alberti, Esq., and Dennis Cohen, Esq.

Dated: Brooklyn, New York
      August 21, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court